```
1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT
8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,          )      2:08-CR-426-GEB
                                        )
11                  Plaintiff,          )      RELATED CASE ORDER
                                        )
12          v.                          )
                                        )
13   SIERRA RODRIGUEZ,                  )
                                        )
14                  Defendant.          )
     _____)
15                                      )
     UNITED STATES OF AMERICA           )      2:08-CR-462-FCD
16                                      )
                    Plaintiff,          )
17                                      )
            v.                          )
18                                      )
     STEPHEN MCKESSON,                  )
19                                      )
                    Defendant.          )
20   _____)
21           Examination of the above-entitled actions reveals
22   they are related within the meaning of Local Rule 83-123(a).  Under
23   the regular practice of this court, related cases are generally
24   assigned to the judge to whom the first filed action was assigned.
25   Accordingly, the assignment of the actions to the same judge is
26   likely to effect a substantial savings of judicial effort and is
27   also likely to be convenient for the parties.
28
```

1        THEREFORE, action 2:08-CR-462-FCD is reassigned to Judge

2 Garland E. Burrell, Jr. for all further proceedings.  Henceforth,

3 the caption on documents filed in the reassigned case shall show

4 the initials "GEB" instead of the other initials.  Further, the

5 status conference currently scheduled in the reassigned case on

6 February 23, 2009, is rescheduled to commence at 9:00 a.m. on

7 January 9, 2009, in Courtroom 10.

8        IT IS FURTHER ORDERED that the Clerk of the Court make

9 appropriate adjustment in the assignment of the criminal case to

10 compensate for this reassignment.

11        IT IS SO ORDERED.

12 Dated:  January 6, 2009

13

14                            GARLAND E. BURRELL, JR.

15                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28