1   Philip Cozens SBN# 84051
    LAW OFFICE OF PHILIP COZENS
2   1007 Seventh Street, Suite 500
    Sacramento, CA  95814
3   Telephone:  (916) 443-1504
    Fax:  (916) 443-1511
4
    Attorney for Defendant
5   SIERRA RODRIGUEZ

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.: 2:08-CR-0426 GEB
                                       )
12              Plaintiff,             )  STIPULATION AND ORDER
                                       )
13         vs.                         )
                                       )
14  SIERRA RODRIGUEZ,                  )
                                       )
15              Defendant              )
                                       )
16  UNITED STATES OF AMERICA,          )  Case No.: 2:08 CR 0462 GEB
                                       )
17                                     )   STIPULATION AND ORDER
                                       )
18              Plaintiff,             )
                                       )
19         vs.                         )
                                       )
20  STEPHEN McKESSON,                  )
                                       )
21              Defendant.             )

22          Defendant Sierra Rodriguez, by and through her attorney, Philip Cozens, Defendant

23  Stephen McKesson, by and through his attorney, Michael Chastaine, by and through Assistant

24  United States Attorney Laura Ferris, hereby stipulate and agree to continue the status conference

25  in the above-captioned cases from Friday, January 9, 2009 and 9:00 a.m. to Friday, February 20,

26  2009 at 9:00 a.m.  The continuance is requested to allow the government and the defense to

27  complete its investigation and engage in settlement negotiations.

28

                      STIPULATION AND ORDER – RODRIGUEZ AND MCKESSON - 1

Dated:  January 7, 2009                              The Law Office of Philip Cozen s

                                                     By:_____/s/ Philip Cozens_____
                                                     Philip Cozens
                                                     Attorney for Sierra Rodriguez


Dated:  January 7, 2009                              The CHASTAINE LAW OFFICE

                                                     By:_____/S/ Michael Chastaine____
                                                     Michael Chastaine
                                                     Attorney for Stphen McKesson


Dated:  January 7, 2009                              LAURENCE BROWN
                                                     United States Attorney
                                                     By: _____/s/ Laura Ferris_____
                                                     Laura Ferris
                                                     Assistant U.S. Attorney


## ORDER

**IT IS HEREBY ORDERED** that the status conference scheduled for January 9, 2009 at 9:00

a.m. is continued to February 20, 2009 at 9:00 a.m. and that the period from January 9, 2009 to

February 20, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18

U.S.C. §3161(h)(8)(A).

DATED: January 8, 2009


_____
GARLAND E. BURRELL, JR.
United States District Judge