LAWRENCE G. BROWN
Acting United States Attorney
Laura L. Ferris
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08-426 GEB |
| Plaintiff, ) | |
| v. ) | Stipulation and |
| ) | [Proposed] Protective Order |
| SIERRA RODRIGUEZ, ) | |
| Defendant. ) | |

     The United States of America, by and through Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Laura L. Ferris, Assistant United States Attorney for said district, and the defendant, Sierra Rodriguez, ("Defendant"), and her attorney, Philip Cozens ("Defense Counsel"), hereby stipulate and agree, and on that basis seek confirmation by order of the Court, as follows:

1.     This Stipulation is made and this Protective Order requested pursuant to Federal Rule of Criminal Procedure 16(d), 18 U.S.C. § 3509(d)(3), and the general supervisory authority of this Court.

2.     The parties recognize that the Government's burden to produce certain statements of witnesses and prospective witnesses is governed by the Jencks Act, 18 U.S.C. 3500(a), and are not

|    |    |                                                                                                  |
|----|----|--------------------------------------------------------------------------------------------------|
| 1  |    | required to be produced prior to an individual's testimony.  The purpose of this Protective       |
| 2  |    | Order is to facilitate production of early Jencks Act statements[1] and other evidence concerning |
| 3  |    | minors[2] and witnesses in this case (hereinafter referred to as "Protected Material")  while     |
| 4  |    | protecting the privacy and safety interests of the minors and other witnesses.                    |
| 5  | 3. | Prior to producing the Protected Material to counsel for the Defendant, the United States shall   |

3. Prior to producing the Protected Material to counsel for the Defendant, the United States shall redact the name and identifying information regarding any minors and other witnesses, including without limitation their addresses, telephone numbers, dates of birth, and Social Security numbers.  Furthermore, the government shall Bates stamp each document and include a prefix "Confidential" in the stamp.

4. The Protected Material is now and will forever remain the property of the United States Government.  Defense Counsel will use reasonable care to ensure that the Protected Material is not disclosed to third persons in violation of this agreement, to maintain the protected material, and to allow its use by counsel and any members of his staff and/or expert witness/es solely and exclusively in connection with this case (including trial preparation, trial and appeals or other related legal proceedings) and for no other purposes.  If Defense Counsel releases custody of any of the Protected Material, or authorized copies thereof, to any person described herein, Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the Protected Material therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the Protected Material may constitute a violation of law and/or contempt of court.

5. At the close of this case, Defense Counsel, by signing this stipulation, agrees to destroy all

---

[1] For purposes of this motion the United States refers to interviews of witnesses which are reported by agents as Jencks Act materials, however, by entering this stipulation, the government does not waive any arguments under the Jencks Act that these reports do not qualify under the act because they are not adopted by the witness or otherwise are not covered.

[2] Under this stipulation, "minors" includes persons who were minors at the time of the offense, but are now over the age of 18.

copies of the Protected Material or return the same to the United States for destruction.

6. This Stipulation and Order is intended to address only the Protected Material described above. Other use and disclosure of information, statements, and testimony concerning minors and other witnesses in this case will be addressed by separate agreements as necessary.

**IT IS SO STIPULATED.**[3]

                                                  LAWRENCE G. BROWN
                                                Acting United States Attorney

Date:  2/4/09                              /s/ Laura L. Ferris
                                                LAURA L. FERRIS
                                                Assistant U.S. Attorney

Date:  1/23/09                             /s/ Sierra Rodriguez
                                                SIERRA RODRIGUEZ
                                                Defendant

Date:  1/23/09                             /s/ Philip Cozens
                                                PHILIP COZENS
                                                Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[3] Original signatures have been retained by the United States' Attorney's Office.

3