```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    CR. No. S-09-148 JAM
                               )
               Plaintiff,      )
                               )    RELATED CASE ORDER
     v.                        )
                               )
FRANKLYN MCKESSON,             )
                               )
               Defendant.      )
_____)
                               )
UNITED STATES OF AMERICA,      )    CR. No. S-08-426 GEB
                               )
               Plaintiff,      )
                               )
     v.                        )
                               )
SIERRA RODRIGUEZ,              )
                               )
               Defendant.      )
_____)
                               )
UNITED STATES OF AMERICA,      )    CR. No. S-08-462 GEB
                               )
               Plaintiff,      )
                               )
     v.                        )
                               )
STEPHEN MCKESSON,              )
                               )
               Defendant.      )
_____)
```

Plaintiff contends action CR. No. S-09-148 JAM is related to the above-actions criminal actions already assigned to the undersigned judge within the meaning of Local Rule 83-123(a),

1

1  "because of the significant evidentiary ties between the . . .
2  cases and the fact that the indictment of defendants Rodriguez and
3  Franklyn McKesson stems from the investigation and prosecution of
4  defendant Stephen McKesson.  Under the regular practice of this
5  court, related cases are generally assigned to the judge to whom
6  the first filed action was assigned.  Therefore, action CR.  No.
7  S-09-148 JAM is reassigned to Judge Garland E. Burrell, Jr. for all
8  further proceedings, and any dates currently set in the reassigned
9  case before Judge John A. Mendez are VACATED.  Further a status
10 conference is scheduled in CR. No. S-09-148 GEB before Judge
11 Garland E. Burrell, Jr. on November 13, 2009 at 9:00 a.m.
12         The Clerk of the Court shall make appropriate adjustment
13 in the assignment of criminal cases to compensate for this
14 reassignment.
15 Dated:  November 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge