Philip Cozens SBN# 84051
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511
Email:  pcozens@aol.com

Attorney for Defendant
SIERRA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No.: 2:08-CR-0426 GEB |
| )  | |
| Plaintiff,  )  | STIPULATION AND ORDER |
| )  | |
| vs.  )  | |
| )  | |
| SIERRA RODRIGUEZ,  )  | |
| )  | |
| Defendant  )  | |
| UNITED STATES OF AMERICA,  )  | Case No.: 2:08 CR 0462 GEB |
| )  | |
| )  | STIPULATION AND ORDER |
| Plaintiff,  )  | |
| )  | |
| vs.  )  | |
| )  | |
| STEPHEN McKESSON,  )  | |
| )  | |
| Defendant.  )  | |

IT IS HEREBY STIPULATED by Defendant Sierra Rodriguez, by and through her attorney, Philip Cozens, and by Assistant United States Attorney Kyle Reardon, that the pre-trial conditions be amended to omit the drug testing requirement for defendant Sierra Rodriguez. Defendant's Pre-Trial Services Officer, Renee Basurto, also agrees and stipulates that defendant Sierra Rodriguez should no longer be required to submit to the drug testing requirement.

| | |
|---|---|
| Dated:  January 21, 2010 | By:       /s/ Philip Cozens<br>Philip Cozens<br>Attorney for Sierra Rodriguez |
| Dated:  January 21, 2010 | LAURENCE BROWN<br>United States Attorney<br>By:       /s/ Kyle Reardon<br>Kyle Reardon<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: 2/9/10

GARLAND E. BURRELL, JR.
United States District Judge