Philip Cozens SBN# 84051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant
SIERRA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIERRA RODRIGUEZ,<br><br>    Defendant | Case No.: 2:08-CR-0426 GEB<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by Defendant Sierra Rodriguez, by and through her attorney, Philip Cozens, and by and through Assistant United States Attorney Kyle Reardon, that the status conference in the above-captioned case be continued from Friday, March 19, 2010 at 9:00 a.m. to Friday, May 21, 2010 at 9:00 a.m.  The continuance is requested because United States Attorney Kyle Reardon will not be available on March 19, 2010 and both counsel are still engaged in settlement negotiations.

Defendant need not appear, as her appearance has been waived by the court, through all future status conferences.

It is further stipulated that the period from the date of this stipulation through and including May 21, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

STIPULATION AND ORDER – RODRIGUEZ  - 1

1  Dated: March 17, 2010                    The Law Office of Philip Cozens

2                                           By:_____/s/ Philip Cozens_____
3                                           Philip Cozens
                                            Attorney for Sierra Rodriguez
4

5

6  Dated: March 17, 2010                    LAURENCE BROWN
                                            United States Attorney
7                                           By: _____/s/ Kyle Reardon_____
                                            Kyle Reardon
8                                           Assistant U.S. Attorney

9

10

11

12

13  **IT IS SO ORDERED.**

14  Dated:   March 18, 2010
                                            _____
15                                          GARLAND E. BURRELL, JR.
                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28