BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 2:08-CR-0426 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| SIERRA RODRIGUEZ, | |
| Defendant. | Time: 9:00 am<br>Date: Friday, April 1, 2011<br>Court: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference currently set for Friday, April 1, 2011, at 9:00 a.m., be continued to Friday, April 22, 2011, at 9:00 a.m., and stipulate that the time beginning April 1, 2011, and extending through April 22, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties continue to investigate matters relevant to the prosecution of this case with the goal of resolving it prior to trial.  Accordingly, the parties believe that the time from April 1, 2011, until April 22, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The exclusion of

1

time is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The parties believe that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 30, 2011    By:    _/s/ Kyle Reardon_
KYLE REARDON
Assistant U.S. Attorney

DATED: March 30, 2011    By:    _/s/ Kyle Reardon_ for
PHILIP COUZENS
Attorney for the Defendant

**ORDER**

The time beginning April 1, 2011, and extending to April 22, 2011, in case number 2:08-CR-0426 GEB, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.
Dated: April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge