```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 2:08-CR-0426 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| SIERRA RODRIGUEZ, ) | |
| Defendant. ) | Time: 9:00 am<br>Date: Friday, April 22, 2011<br>Court: Hon. Garland E. Burrell, Jr. |

    The parties request that the status conference currently set for Friday, April 22, 2011, at 9:00 a.m., be continued to Friday, May 6, 2011, at 9:00 a.m., and stipulate that the time beginning April 22, 2011, and extending through May 6, 2011, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

    The parties continue to investigate matters relevant to the prosecution of this case with the goal of resolving it prior to trial. Accordingly, the parties believe that the time from April 22, 2011, until May 6, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The exclusion of

1

1  time is appropriate to ensure effective preparation, taking into
2  account the exercise of due diligence.  18 U.S.C. §
3  3161(h)(7)(B)(iv); Local Code T4.  The parties believe that the
4  interests of justice served by granting this continuance outweigh
5  the best interests of the public and the defendant in a speedy
6  trial.  18 U.S.C. § 3161(h)(8)(A).

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: April 19, 2011         By:   */s/ Kyle Reardon*
                                          KYLE REARDON
                                          Assistant U.S. Attorney

DATED: April 19, 2011         By:   */s/ Kyle Reardon* for
                                          PHILIP COUZENS
                                          Attorney for the Defendant

**ORDER**

The time beginning April 22, 2011, and extending to May 6, 2011, in case number 2:08-CR-0426 GEB, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

Dated: April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge