Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA 95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Sierra Rodriguez

FILED
DEC 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S-08-426 GEB |
| Plaintiff, | STIPULATION FOR DEFENDANT TO CHANGE ADDRESS AND TO RECEIVE MENTAL HEALTH COUNSELING THROUGH PRE-TRIAL SERVICES |
| v. | |
| SIERRA RODRIGUEZ | |
| Defendant. | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Kyle Reardon, Esq. Assistant United States Attorney and Defendant Sierra Rodriguez through her attorney Philip Cozens that:

Sierra Rodriguez may reside 6516 Larry Way, North Highlands, California 95660 and that the pretrial condition of release that she reside with her mother Vanessa Brewer shall be deleted from the court's previous pre-trial order; and

Pre-Trial Services will refer Defendant Sierra Rodriguez to a mental health counselor for evaluation and treatment. It is understood that Defendant is indigent and Pre-Trial Services will arrange payments for Defendant's incurred mental health counseling expenses.

//

//

STIPULATION FOR DEFENDANT TO CHANGE ADDRESS AND FOR MENTAL HEALTH   -1-

It is so stipulated.

Dated: December 29, 2011

*Kyle Reardon*
Kyle Reardon
Assistant United States Attorney
Eastern District of California

*Kyle Reardon for*
Philip Cozens
Attorney for Defendant Sierra Rodriguez

## ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the pre-trial order for conditions of release be modified such that Defendant Sierra Rodriguez will reside at 6516 Larry Way, North Highlands, California 95660; that the requirement that Defendant Sierra Rodriguez reside with her mother Vanessa Brewer is hereby deleted from the pre-trial order for conditions of release; and the court orders that Pre-Trial Services refer Defendant Sierra Rodriguez to a mental health counselor for evaluation and treatment and that Pre-Trial Service shall arrange for payment of the incurred expenses of such treatment.

Dated: 12/28/11

*Dale A. Drozd*
~~CAROLYN K. DELANEY~~ DALE A. DROZD
United States Magistrate Judge