BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. 2:08-CR-0426 GEB |
| )                            | |
| Plaintiff,     ) | |
| )                            | |
| v.                           ) | **MOTION TO DISMISS INDICTMENT AND** |
| )                            | **ORDER DISMISSING INDICTMENT** |
| SIERRA RODRIGUEZ,            ) | |
| )                            | |
| Defendant.    ) | |
| )                            | |
| _____ ) | |

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, Plaintiff, United States of America, by and through its

undersigned attorney, hereby files this motion and proposed order

dismissing the indictment against the defendant in the above-

captioned matter.

DATED: February 22, 2012       By:  Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant United States Attorney

1

**O R D E R**

2

APPROVED AND SO ORDERED.

3

**Date:**   **2/22/2012**

4

5

GARLAND E. BURRELL, JR.
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Click & begin typing ]
[Click & begin typing ]